MM

October 22, 2026

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** ***United States v. Davis, et al***
**26-Cr-299 (CM)**

Your Honor:

I represent Joey Rivera in the above captioned case. I write on behalf all three defendants, however, to request a 30-day adjournment of the upcoming October 28 conference. The government consents.

The defendants are engaged in active plea negotiations with the government, and we are hopeful that those discussions will bear fruit. However, the process will take a few more weeks, and we therefore seek an adjournment of the conference, rather than move the case forward at this time.

If the Court agrees, the parties are available the week after Thanksgiving, the week of November 30th. The three defendants also agree to waive time under the Speedy Trial Act from October 28 to the next conference date to allow plea negotiations to continue.

Thank you for the Court's consideration.

Sincerely,

/s/

Florian Miedel
*Counsel for Joey Rivera*

Cc: All Counsel

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10-23-26

M

MEMO ENDORSED

October 22, 2026

10/23/26

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Case adjourned as to all three defendants to Dec. 2, 2026 at 11:15 am – time excluded in the interest of justice, to facilitate plea discussions.

RE: ***United States v. Davis, et al***
**26-Cr-299 (CM)**

Colleen McMahon

Your Honor:

I represent Joey Rivera in the above captioned case. I write on behalf all three defendants, however, to request a 30-day adjournment of the upcoming October 28 conference. The government consents.

The defendants are engaged in active plea negotiations with the government, and we are hopeful that those discussions will bear fruit. However, the process will take a few more weeks, and we therefore seek an adjournment of the conference, rather than move the case forward at this time.

If the Court agrees, the parties are available the week after Thanksgiving, the week of November 30th. The three defendants also agree to waive time under the Speedy Trial Act from October 28 to the next conference date to allow plea negotiations to continue.

Thank you for the Court's consideration.

Sincerely,

/s/

Florian Miedel
*Counsel for Joey Rivera*

Cc: All Counsel

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com